UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RYAN BRANDT
and all others similarly situated                                                              PLAINTIFF

v.                                       No. 5:21-CV-05232

TOWNSHIP PROVISIONS, LLC
*doing business as* Oven & Tap                                                              DEFENDANT

## ORDER

Before the Court are Plaintiff Ryan Brandt's motion (Doc. 39) to compel and brief in support (Doc. 40). Defendant Township Provisions filed a response (Doc. 43) in opposition. For the reasons stated below, Plaintiff's motion will be DENIED.

Plaintiff seeks production of Defendant's employee records related to Plaintiff's Fair Labor Standards Act collective action claims. Plaintiff's collective action claims have not been conditionally certified. Plaintiff recently moved for conditional certification of the collective action (Doc. 41) and filed a brief in support (Doc. 42). That motion is not ripe, as Defendant has until November 21, 2022 to respond. The Court finds Plaintiff's motion premature because discovery of the requested records will be better addressed following the conditional certification decision. The Court will consider modifying the scheduling order deadlines, including the expert disclosure deadlines, after its decision on the conditional certification motion.

IT IS THEREFORE ORDERED that Plaintiff's motion (Doc. 39) to compel will be DENIED.

IT IS SO ORDERED this 10th day of November, 2022.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE